**Order entered December 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01096-CR**

**JASON EDWARD PENA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No 1**
**McLennan County, Texas**
**Trial Court Cause No. 2020-0945-CR1**

**ORDER**

Before the Court is appellant's December 9, 2022 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **December 30, 2022**. If appellant fails to file his brief by December 30, 2022, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE